UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SBA Telecommunications, LLC; SBA Sites, LLC; SBA Towers II LLC; SBA Towers, LLC; SBA Properties, LLC; SBA Towers V, LLC; SBA Towers VII, LLC; SBA Towers IV, LLC; SBA Towers VI, LLC; TV6 Holdings LLC; SBA Towers IX, LLC; SBA Structures, LLC; SBA Towers X, LLC; SBA Monarch Towers I, LLC; SBA Monarch Steel, LLC; SBA Monarch Towers III, LLC; SBA 2012 TC Assets, LLC; SBA Towers VIII, LLC; SBA GC Towers, LLC; SBA Infrastructure, LLC; SBA Towers III LLC; SBA Steel LLC; SBA Steel II, LLC; SBA Towers XI, LLC; and SBA BTS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DISH Wireless L.L.C.,<br><br>Defendant. | Civil Case No. 1:26-cv-00218-MAV |

**PROOF OF SERVICE**

I, Theodore I. Gruer, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at the law firm Simpson Thacher & Bartlett LLP and represent Plaintiffs in the above-captioned matter. As such, I am familiar with the facts stated herein.

2. In the Master Lease Agreement, as amended, and the Supplements to the Master Lease Agreement at issue in this case, the Parties agreed that service of process will be effective if delivered by overnight courier service, charges prepaid, to the Party to be notified. *See* Dkt. Nos. 1-1, 1-2.

3. On February 6, 2026, I caused to be served two sets of true and correct copies of the Summons in a Civil Action to DISH Wireless L.L.C., signed by the Clerk of Court on 2/6/2026

1

(Dkt. No. 6); the as-filed Complaint with accompanying exhibits (Dkt. No. 1); the unredacted Complaint with accompanying exhibits; the as-filed Summons (Dkt. No. 2); the as-filed Civil Cover Sheet (Dkt. No. 3); the as-filed Motion to Seal with accompanying papers and exhibits (Dkt. No. 4); and the as-filed Disclosure Statement (Dkt. No. 5) upon DISH Wireless L.L.C. by causing true and correct copies of the same, enclosed in two properly addressed packages, to be deposited into the custody of Federal Express, an overnight delivery service, for overnight delivery, charges prepaid, prior to the latest time designated by such overnight delivery service for overnight delivery to DISH Wireless L.L.C., Attn: Office of the General Counsel, 9601 South Meridian Blvd., Englewood, Colorado 80112.  Both sets of these documents were received by DISH Wireless, L.L.C. on February 9, 2026, as confirmed by Federal Express delivery confirmations.

4. On February 11, 2026, I caused to be served true and correct copies of the Summons in a Civil Action to DISH Wireless L.L.C., signed by the Clerk of Court on 2/6/2026 (Dkt. No. 6); the as-filed Complaint with accompanying exhibits (Dkt. No. 1); the unredacted Complaint with accompanying exhibits; the as-filed Summons (Dkt. No. 2); the as-filed Civil Cover Sheet (Dkt. No. 3); the as-filed Motion to Seal with accompanying papers and exhibits (Dkt. No. 4); and the as-filed Disclosure Statement (Dkt. No. 5) upon DISH Wireless L.L.C. by causing true and correct copies of the same, enclosed in a properly addressed package, to be deposited into the custody of Federal Express, an overnight delivery service, for overnight delivery, charges prepaid, prior to the latest time designated by such overnight delivery service for overnight delivery to DISH Wireless L.L.C., Attn: Lease Administration, 5701 South Santa Fe Drive, Littleton, Colorado 80120.  These documents were received by DISH Wireless, L.L.C. on February 12, 2026, as confirmed by the Federal Express delivery confirmation.

5.  I affirm under penalty of perjury that the foregoing is true and correct.

Executed:   February 17, 2026
            New York, New York

                                            */s/ Theodore I. Gruer*
Theodore I. Gruer
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
theodore.gruer@stblaw.com

3